# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONEZA SMITH,** | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | NO. 15-4891 |
| | : | |
| **COMENITY BANK,** | : | |
|     Defendant. | : | |
| | : | |

## ORDER

**AND NOW,** this 14th day of December, 2015, upon consideration of "Defendant Comenity Capital Bank's Motion to Compel Arbitration and to Dismiss Plaintiff's Claims" (Doc. No. 6), it is hereby **ORDERED** that the motion is **GRANTED** as uncontested.[1] The Clerk of Court shall mark this case **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldbrg

**MITCHELL S. GOLDBERG, J.**

---

[1] Defendants filed the motion to dismiss on November 4, 2015. On November 23, 2015, an Order was entered directing Plaintiff to file a response within twenty-one (21) days. The Order explicitly stated "Plaintiff shall respond within fourteen (14) days of the date of this Order. Should Plaintiff fail to respond, the Court will treat Defendant's motion as unopposed." Plaintiff failed to file a response. As such, the motion will be granted as uncontested pursuant to Local Rule of Civil Procedure 7.1.